# United States District Court

WESTERN DISTRICT OF WASHINGTON

GABRIEL G. PRIETO, DEC'D,

           v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

JUDGMENT IN A CIVIL CASE

Case No. C09-5731RBL-KLS

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)      the Court adopts the Report and Recommendation;

(2)      the ALJ erred in her decision as described in the Report and Recommendation; and

(3)      the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings.

| December 6, 2010 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                                           *s/ Mary Trent*
                                           Deputy Clerk